MARCUS RASHBAUM
PINEIRO & MEYERS LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/24/2026

August 20, 2026

*Via ECF*

The Honorable Analisa Torres
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *Attentive Mobile, Inc. v. Cobbs*, 1:26-mc-00096 (S.D.N.Y. Feb. 26, 2026)**

Dear Judge Torres:

Respondents Kristin Cobbs and Lynne Kawaminami ("Plaintiffs") respectfully submit this letter to advise the Court of a development in the underlying action. On July 31, 2026, the United States District Court for the Southern District of Florida denied Plaintiffs' motion for class certification and dismissed the operative complaint without prejudice for lack of Article III standing. See *Cobbs v. PetMed Express, Inc.*, No. 9:25-cv-80458-AMC, ECF No. 120 (S.D. Fla.). Plaintiffs intend to appeal that decision. Notwithstanding that, in light of that dismissal, Plaintiffs hereby withdraw the subpoena that is the subject of Attentive's pending motion to quash (ECF Nos. 3–5). Plaintiffs do so without prejudice to re-serving a subpoena on Attentive should the Eleventh Circuit reverse and the underlying action be remanded for further proceedings.

Sincerely,

*/s/ Christopher R. Reilly*
Christopher R. Reilly
creilly@mrpfirm.com
(305) 400-4268

As the Respondents' subpoena, the subject of Petitioner's action, has been withdrawn the Clerk of Court is directed to close the case. Any pending motions are moot. All conferences are vacated.

SO ORDERED.

Dated: August 24, 2026
New York, New York

ANALISA TORRES
United States District Judge